# Exhibit D

# ALBANY LAW SCHOOL

80 NEW SCOTLAND AVENUE, ALBANY, NEW YORK 12208-1494
TEL: 518-445-2311   FAX: 518-445-2315   WWW.ALBANYLAW.EDU

BY EMAIL AND REGULAR MAIL

September 25, 2025

Mr. Rowland Rupp
127 Kandahar Drive
East Aurora, NY 14052

Mr. Rupp:

I chair an appointed sub-committee of Albany Law School's harassment committee. The three person subcommittee has reviewed your complaint concerning your experience in Professor Anthony Farley's January 12, 2025 class. This complaint alleged that you were "picked on" and "singled out" by Professor Farley in class. In an interview with former Harassment Committee Chair, Odelia Levy, you acknowledged that Professor Farley's alleged conduct neither stemmed from nor was connected to any of the protected areas in the school's harassment policy (race, creed, color, gender, gender identity, gender expression, transgender status, ethnicity, national origin, religion, marital status, familial status, pregnancy, age, sexual orientation, military or veteran status, disability, genetic disposition status, or status as a victim of domestic violence). Accordingly, the sub-committee has concluded that your report does not fall under our Student Policy on Harassment and we have no jurisdiction to consider or investigate it further. We make no findings concerning the January 12, 2025 incident.

Your report to the harassment committee will be kept in a confidential file. There is no appeal from the sub-committee's jurisdictional decision.

Sincerely,

Professor Joseph M. Connors
Harassment Sub-committee Chair