# Exhibit F

NYSCEF DOC. NO. 12

RECEIVED NYSCEF: 04/29/2026

**Dear Professor Farley,**

I am writing to offer my sincere and unreserved apology for my conduct during the International Children's Rights class on January 13th, 2025.

I left the classroom during your lecture and made physical contact with you as I departed. I fully recognize that my actions were inappropriate, unprofessional, and inconsistent with the standards expected of me as a student at Albany Law School.

I deeply regret that my behavior caused disruption to the class and placed you in an uncomfortable position. Regardless of my internal frustration at the time, I understand now that it was my responsibility to manage those feelings in a manner consistent with professionalism, respect, and good judgment. I should have addressed any concerns through appropriate and measured avenues rather than allowing my reaction to manifest in a way that interrupted your lecture and breached the boundaries of proper classroom conduct.

I understand that the legal profession demands composure, respect for others, and adherence to clear standards of interpersonal conduct. My actions on that day did not meet those expectations, and I am genuinely sorry for my lapse in judgment. Please accept my apology for the disruption and for the physical contact, which should not have occurred under any circumstances.
Thank you for your time and for your continued commitment to teaching. I will carry the lessons from this incident forward and remain committed to conducting myself with the professionalism required of both a law student and a future member of the bar.

Please accept my apology.

Respectfully,

**Rowland A. Rupp IV**